UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMUEL E. HARRIS, JR.,

                Plaintiff,

-vs-                                    Case No. 8:05-cv-1988-T-17TBM

GEORGE W. BUSH, et al.,

                Defendants.
_____/

### ORDER

Plaintiff, an inmate of the Florida penal system proceeding pro se initiated this action by filing a Civil Rights Complaint Form on October 25, 2005. On April 26, 1996, the President signed into law the Prison Litigation Reform Act (hereinafter PLRA) which amended 28 U.S.C. § 1915 by adding the following subsection:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g) (2004).

The Court takes judicial notice of filings brought by Plaintiff in the United States District Court for the Middle District of Florida that were dismissed on the grounds that they were frivolous, malicious or failed to state a claim upon which relief may be granted: Case Numbers 3:03-cv-584-J-21MCR and 3:03-cv-907-J-32MMH. The Court also takes judicial notice of the following filing brought by Plaintiff in the United States District Court for the

Dockets.Justia.com

Northern District of Florida that was dismissed because it failed to state a claim upon which relief may be granted: Case Number 1:03cv169 MMP.

Accordingly, the Court orders:

That, because Plaintiff has had three or more prior dismissals and is not under imminent danger of serious physical injury, this action is dismissed without prejudice. Plaintiff may initiate a new civil rights action by filing a new civil rights complaint form and paying the full $250.00 filing fee at the time he files the complaint.

The Clerk is directed to enter judgment against Plaintiff and to close this case.

ORDERED in Tampa, Florida, on OCTOBER 28th, 2005.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Samuel E. Harris